```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0031--CR (TWH)
                              "USA V AMANDA A. GRIMES"
                              DEF 1.1 GRIMES, AMANDA A.

                Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
     Magistrate Judge:
               Filed: 08/15/05
              Closed: 10/05/05
 No. of Defendants: 1
     MJ Case Number:
                 AKA:
     Location status: Not specified
         Trial date:
          Terminated: YES
 Needs interpreter: NO
 Counsel of record: None specified


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Brian D. Teter
                    101 12th Ave Room 310 - Box 2
                    Fairbanks, AK 99701
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 GRIMES, AMANDA A.
```

| Document   | Count | Citation and Description                                              | Disposition        |
|------------|-------|-----------------------------------------------------------------------|--------------------|
| 1 -  1 INF | 1     | 18:661 THEFT OF PERSONAL PROPERTY OF A VALUE OF LESS THAN $1000.00 (M) | Dismissed (5-1)    |
| 1 -  1 INF | 2     | 18:1382 UNLAWFUL ENTRY INTO MILITARY,NAVAL,OR COAST GUARD PROPERTY (P) | Dismissed (5-1)    |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE F05-0031--CR (TWH)
                            "USA V AMANDA A. GRIMES"

                              For all filing dates
```

Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
Magistrate Judge:
           Filed: 08/15/05
          Closed: 10/05/05
No. of Defendants: 1


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/15/05 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1 | 08/23/05 | Issued: Summons |
| 2 - 1 | 08/23/05 | [Re: DEF 1] TWH Minute Order setting arraignment for Sept 29,2005 at 11:00 a.m. in Fairbanks, Alaska Courtroom #2 cc: USA, USM, USPO, Defendant,MJ Hall. |
| 3 - 1 | 08/30/05 | Return of summons not served bad address. |
| 4 - 1 | 09/01/05 | [Re: DEF 1] TWH Minute Order vacating arraignment set for 09/29/05; directing government to provide correct address within 30 days. cc: Teter, FPO, USM |
| 5 - 1 | 10/05/05 | [Re: DEF 1] TWH Judgment of Discharge dismissed or Other count(s) 1,2 of the Information (1-1) cc: USA, USM, FPO, MJ Hall. |
| NOTE - 2 | 11/03/05 | Issued: summons |
| 6 - 1 | 11/03/05 | [Re: DEF 1] PLF 1 motion (ex parte) to re-open case. |
| 7 - 1 | 11/03/05 | [Re: DEF 1] TWH Order granting motion to re-open case (6-1). |
| 8 - 1 | 11/03/05 | [Re: DEF 1] PLF 1 Information. |
| 9 - 1 | 11/03/05 | [Re: DEF 1] TWH Minute Order setting arraignment for thursday Jan 5,2006 at 10:00 a.m. in Fairbanks courtroom #2 cc: USA, USM, USPO, FPD, MJ Hall. |