AO 83 (Rev. 12/85) Summons in a Criminal Case

**FILED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

DEC 1 4 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____TG_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: F05-0031 CR (TWH) |
| AMANDA A GRIMES<br>3045 AMANDA LOOP<br>NORTH POLE, AK 99705 | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | 326 |
| Before: TERRANCE W HALL, U.S. MAGISTRATE JUDGE | Date and Time<br>Jan 5, 2006 at 10:00 a.m. |

To answer a(n)
[] Indictment   [X] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 661 and 1382

Brief description of offense:
Theft of Personal Property of a Value of less than $1000
Unlawful Entry Into Military, Naval, Or Coast Guard Property

| | |
|---|---|
| Ida Romack, Clerk of Court<br>Signature of Issuing Officer<br>by _____ Deputy Clerk<br>Name and Title of Issuing Officer | November 3, 2005 Fairbanks, Alaska<br>Date and Location |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  12-14-2005

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Dawson Rd. North Pole Alaska

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 12-14-2005    Randy Johnson
            Date            Name of United States Marshal

                            _____
                            (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.