MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs___AMANDA A. GRIMES_____CASE NO.___F05-0031 CR (TWH)_____
Defendant:_X__Present    ___In Custody    ___On Summons    ___On Bond

BEFORE THE HONORABLE    ___TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER:    MISTY DAVENPORT

UNITED STATES ATTORNEY:    _BRIAN TETER, SAUSA_____

DEFENDANT'S ATTORNEY:    ____M.J. HADEN_____

U.S.P.O.:    _____MARCI LUNDGREN_____

PROCEEDINGS: ARRAIGNMENT  Held: 01/05/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:07 a.m. court convened.

At 10:10 a.m. court adjourned.

At 11:38 a.m. court re-convened.

_X_Copy of Inf/Ind/Cmplt given to defendant: waived reading.

_X_Defendant sworn.

_X_Waived full advisement.

_X_Defendant advised of charges and penalties.

_X_Defendant states true name:_AMANDA A. GRIMES_____

_X_Financial Affidavit filed.
  ___Federal Public Defender accepted appointment.

_X_PLEA(S):  ___Guilty to Counts _____
            _X__Not Guilty to Counts_1 Class A and 1 Class B_____

_X_Court accepted plea(s). _X_Referred to P.O. for presentence
                        report.

_X_Consent to be filed on or before January 12, 2006 or case
shall be transferred to U.S. District Judge.

_X_Conditions of Release filed.

_X_Pretrial motions due __January 25, 2006_____

 X OTHER: Defendant did not show up at original 10:00 a.m. arraignment.  U.S.A. requested a warrant for her be issued; Judge Hall granted.  Defendant showed up at approximately 10:30 a.m., said she went to the wrong courthouse.  Judge Hall withdrew the warrant previously granted and continued with arraignment at 11:38 a.m.

At 11:51 a.m. court adjourned.

DATE:    1/06/06            DEPUTY CLERK'S INITIALS:    MLD