**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

   UNITED STATES OF AMERICA   v.   AMANDA A. GRIMES

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                             CASE NO.  4:05-CR-00031-TWH

 CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 13, 2006

      A Final Pretrial Conference is scheduled for Thursday, March 9, 2006 at 9:00 a.m. in Courtroom 2, Fairbanks, Alaska.

[ ]{IA.WPD*Rev.12/96}