United States Attorney

BRIAN D. TETER, Captain, USAF
Special Assistant, United States Attorney
Office of the Staff Judge Advocate
354th Fighter Wing
Eielson AFB Alaska 99702-1881
(907) 37-4114
Fax: (907) 377-16067
Attorneys for the Plaintiff

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 MAR -9 AM 8: 54

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Amanda A. Grimes,<br><br>Defendant | Case No. F05-0031 CR<br><br>MOTION TO RESCHEDULE *ON SHORTENED*<br>(UNOPPOSED) *TIME* |

Comes now the United States by and through counsel and moves this honorable court to reschedule the pre-trial conference in the above styled case. The pre-trial conference is currently scheduled for 9:00am on 9 March 2006. The government requests that it be <u>rescheduled for 11:00am</u> on 9 March 2006. Counsel for the plaintiff, Captain Brian Teter, has a medical appointment for his newborn son to attend to earlier that morning. Capt Teter has conferred with defense counsel on the proposed change and defense counsel has agreed to proceed at the new time proposed.

Deborah M. Smith,
Acting United States Attorney

BRIAN D. TETER, Capt, USAF
Special Assistant U.S. Attorney