```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs AMANDA A. GRIMES      CASE NO.  4:05-CR-0031-TWH
Defendant: X  Present      ___In Custody    ___On Summons  ___On Bond

BEFORE THE HONORABLE           TERRANCE W. HALL

DEPUTY CLERK/RECORDER:         MISTY DAVENPORT

UNITED STATES ATTORNEY:        CAPT. BRIAN TETER

DEFENDANT'S ATTORNEY:          M.J. HADEN

U.S.P.O.:                      MARCI LUNDGREN

PROCEEDINGS: FINAL PRETRIAL CONFERENCE/CHANGE OF PLEA/IMPOSITION
OF SENTENCE
Held: 03-09-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

At 9:08 a.m. court recessed until 12:25 p.m.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant changed plea(s) to guilty on Counts 1 of
Information.

 X Court accepted plea(s).

 X OTHER: Defendant must pay a $25.00 mandatory special
assessment fee by Thursday, March 23, 2006.

At 12:50 p.m court adjourned.




DATE:   03-15-06         DEPUTY CLERK'S INITIALS:      MLD
```