AO 245H  (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

_____ District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) — Short Form |
| | CASE NUMBER: 4:05-CR-0031-TWH |
| AMANDA A. GRIMES | USM NUMBER: |
| | M.J. HADEN |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  **THE DEFENDANT** pleaded guilty to count(s)    1 of the Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 661 | Theft of Personal Property of a Value of less than $1000.00 | 07-14-05 | 1 |

X  Count(s)  2  X is  ☐ are  dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $  25.00 | $ |

Defendant's Soc. Sec. No.:  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

Defendant's Date of Birth:  09-07-1986

Defendant's Residence Address:

2667 Dawson Rd.

North Pole, AK 99705

Defendant's Mailing Address:

2667 Dawson Rd.

North Pole, AK 99705

03-09-06

**REDACTED SIGNATURE**

Signature of Judge

TERRANCE W. HALL, U.S. MAGISTRATE JUDGE
Name and Title of Judge

16 March 2006
Date